BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Apple Inc. Smartphone Antitrust Litigation | MDL 3113 |

**MAJORITY PLAINTIFFS' RESPONSE IN OPPOSITION TO THE COVID-19 PLAINTIFFS' MOTION TO TRANSFER TO THE DISTRICT OF NEW JERSEY FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

We are counsel for forty-nine Direct iPhone Purchaser Plaintiffs ("DPP Plaintiffs") in the consolidated, multidistrict litigation: *In Re: Apple Inc. Smartphone Antitrust Litigation*, Civil Action No. 2:24-md-03113-JXN-LDW (D.N.J.) ("MDL").[1] Counsel for the Coronavirus Reporter Corporation, Greenflight Venture Corporation, and CALID Inc. (the "COVID-19 Plaintiffs") request transfer and consolidation of their actions into the MDL in the District of New Jersey. The Panel should deny the COVID-19 Plaintiffs' Motion.

A case should *only* be transferred for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 when it is shown that transfer will "necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of [the] litigation at the present time." *In re Accutane Prods. Liab. Litig.*, 560 F. Supp. 2d 1370, 1370 (J.P.M.L. 2008); *see also In re Asbestos Bank. Litig.*, MDL No. 950, 1992 WL 423943, at *1 (J.P.M.L. Dec. 9, 1992) (same). Here, transfer is neither "convenient" nor "just and efficient." The COVID-19 Plaintiffs seek to represent a putative Class of "sellers" – *i.e.*, "[a]ll developers of Covid-19-related apps who were denied possible access to the App Store as the result of disparate, inconsistent, pretextual application of the Issuance Guideline, and/or denied possible access to the App Store for their

---

[1] "Majority Plaintiffs" means all Plaintiffs in the MDL identified in Exhibit A and which collectively filed a motion for appointment to the leadership slate for the Direct iPhone Purchasers in the MDL. MDL ECF 17.

Covid-19-related apps…[.]" ECF 134-5 ¶ 69. The ultimate question for the COVID-19 Plaintiffs concerns: "[w]hether Defendant [Apple] issued two sets of guidelines for the banning of Covid-19 Apps from the App Store[.]" *Id.* ¶ 71. In contrast, the MDL pending in the District of New Jersey concerns "buyers" – *i.e.,* "iPhone purchasers, either individuals or entities, who purchased iPhones directly from Apple, other than for resale, anytime between March 22, 2020, and the present[.]" ECF 12-3 ¶ 215.

The differences between the classes should be the end of the inquiry. But beyond the composition of the class, these cases concern different issues. This MDL concerns whether Apple exercised its substantial power to monopolize and unlawfully control the market for smartphones and related smart devices. *Id.* ¶¶ 1, 11. On the other hand, the COVID-19 Plaintiffs' actions instead focus on Apple's monopoly power **over the App Store**, which is a question entirely unrelated to this MDL. ECF 134-5 ¶ 71. Moreover, just in terms of practicality, the majority of Plaintiffs in the MDL and Defendant Apple oppose this Motion as being unrelated and likely to cause undue delay; leadership applications have already been submitted; and preliminary motion practice will begin shortly. This submission is both irrelevant and untimely, and the Panel should deny it accordingly.

Dated: August 22, 2024                                       Respectfully submitted,

                                                             　 */s/ James E. Cecchi*
Steven W. Berman                                             James E. Cecchi
**HAGENS BERMAN**                                            **CARELLA BYRNE CECCHI**
**SOBOL SHAPIRO, LLP**                                       **BRODY & AGNELLO, PC**
1301 Second Avenue                                           5 Becker Farm Road
Suite 2000                                                   Roseland, NJ 07068
Seattle, WA 98101                                            Tel: 973-994-1700
Tel: 206-623-7292                                            Email: jcecchi@carellabyrne.com
Email: steve@hbsslaw.com

Dena Sharp
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: 415-981-4800
Email: dsharp@girardsharp.com

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Email: cseeger@seegerweiss.com

*Proposed Co-Lead Interim Counsel*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, PC**
1133 Avenue of the Americas,
31st Floor
New York, NY 10036
Tel: 917-438-9189
Email: lnussbaum@nussbaumpc.com

Karin B. Swope
**COTCHETT, PITRE & MCCARTHY, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Tel: 206 802-1272
Email: kswope@cpmlegal.com

Joseph H. Meltzer
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Email: jmeltzer@ktmc.com

Hae Sung Nam
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue
38th Floor
New York, NY 10022
Tel: 212-687-1980
Email:  hnam@kaplanfox.com

Peter A. Barile III
**LOWEY DANNENBERG, PC**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: 914-997-0500
Email: pbarile@lowey.com

Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
dnordin@gustafsongluek.com

Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561-750-3000
Email: mdearman@rgrdlaw.com

*Proposed Executive Committee*

| | |
|---|---|
| Jeff Ostrow<br>**KOPELOWITZ OSTROW PA**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: 954-332-4200<br>Email: ostrow@kolawyers.com | Alison E. Chase<br>**KELLER ROHRBACK LLP**<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel: 805-456-1496<br>Email: achase@kellerrohrback.com |
| Joseph M. Vanek<br>**SPERLING & SLATER, LLC**<br>55 W. Monroe Street, 32nd Floor<br>Chicago, IL 60603<br>Tel: 312-641-3200<br>Email: jvanek@sperling-law.com | Michelle C. Clerkin<br>**SPIRO HARRISON &**<br>**NELSON LLC**<br>40 Exchange Place, Suite 1404<br>New York, NY 10005<br>Telephone: 646-880-8850<br>Email: mclerkin@shnlegal.com |
| | Roberta D. Liebenberg<br>**FINE KAPLAN &**<br>**BLACK, R.P.C.**<br>One South Broad Street<br>23rd Floor<br>Philadelphia, PA 19107<br>Tel: 215-567-6565<br>Email: rliebenberg@finekaplan.com |

*Proposed Steering Committee*