BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: Apple Inc. Smartphone                                    MDL 3113
Antitrust Litigation

_____

## MOTION FOR LEAVE TO FILE A REPLY TO APPLE'S RESPONSE OUT OF TIME

Plaintiffs Coronavirus Reporter Corp., Greenflight Venture Corp., and Calid Inc. by and through counsel request leave to file a reply to Apple's response (document 149) out of time. In support thereof he states as follows:

1. Plaintiff's counsel was contacted by the clerk who requested this filing be made before 2pm eastern time, giving two hours for drafting of the filing. Plaintiff's counsel requests that this document be read with that in mind.

2. The filing by Apple ends with the following conclusion "As 49 existing MDL plaintiffs explained in their brief, they see their claims as distinct from those at issue in this motion, Dkt. 148 at 2, and the inclusion of Coronavirus Reporter would risk interfering with and delaying the orderly resolution of the 44 already-pending actions. See Doc. 149.

3. A errata was filed on August 28th but the "majority plaintiffs" in this action. The errata purports to amend the "parties represented section of the prior filing to state "PARTIES REPRESENTED: Attorney for Interested Party Ultra Hone Set, LLC" removing the names of the 49 Plaintiffs previously listed and listing only a law firm as a party.

4. The alteration changes completely the Plaintiff's reply to the Apple filing, as it became unclear as to whether the majority of MDL plaintiffs share this belief.

5. This left confusion regarding the state of this matter as well as what the Plaintiff's reply to Apple's motion should be. It is of importance for this court to have the full record when

determining whether to allow this matter into the JPML and Plaintiff has been scrambling to determine what that record is.

6. This shifting landscape would have made the opposition inaccurate and likely to lead to additional confusion, which these Plaintiffs would not want to do.

7. This is a matter of national importance, and it should be decided with both sides being able to make full arguments regarding the issue.

8. It would not be prejudicial for the court to allow an objection to be filed by Wednesday September 4th, 2024, given the nature of the errata and its effect on the Plaintiffs' responsive document.[1]

9. Further communications with counsel for the other Plaintiffs in the MDL has clarified this issue substantially and informed the objection. It is undersigned's understanding that the Plaintiffs will clarify their position with this court early next week.

10. The Plaintiffs do not intend to create any delay but would need to be able to file a response with both eyes open, the confusion created by the errata would not allow for a responsive pleading that fully takes in to account the positions of the parties in this case.

WHEREFORE, The Plaintiff requests leave to file a late reply to Apple's pleading on Wednesday September 4th, 2024.

---

[1] The plaintiff would seek to have his filing prepared and filed by Tuesday September 3rd but was informed by the clear when this filing was requested that the decision on this motion may be made on Tuesday, the request for a Wednesday filing is made on an abundance of caution.

Respectfully submitted
Plaintiffs
By Attorney:

/s/Keith A. Mathews Esq____
Keith A. Mathews Esq
NH Bar No. 20997
AWP Legal
1000 Elm Street. Ste 800
Manchester, NH 03101
Ph. 603-622-8100
Keith@awplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was served to all registered parties through the e-filing portal.

/s/Keith A. Mathews Esq
Keith A. Mathews Esq